# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00170-CV

---

**In re Alisa Ann Golz**

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

## M E M O R A N D U M   O P I N I O N

The emergency petition for writ of mandamus is denied and the emergency motion for temporary relief is dismissed as moot.  *See* Tex. R. App. P. 52.8(a), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed:  April 23, 2026